IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 04 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01600-BNB

DANNYE D. HARRIS, a.k.a. DANNY WILLIAM,

    Plaintiff,

v.

DET. JAMES McKENZIE, Adams County Detention Center,
OFFICER M. L. EDWARDS, Adams County Detention Center,
CHERYL SPOTTKE, Manager Adams County Records,
JANE DOE # 1 SANDY, Contractor Aramark Corporation,
JANE DOE # 2 LISA, Contractor Aramark Corporation,
JANE DOE # 3 ELAINE, Contractor Aramark Corporation,
FRED DEMENT, Contractor Aramark Corporation, and
JOHN DOE # 1, Aramark CEO/President,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff Dannye D. Harris, a.k.a. Danny William, initiated this action by filing a *pro se* Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Upon review of the merits of the Complaint, Magistrate Judge Boyd N. Boland entered an order, on October 22, 2008, directing Mr. Harris to file an Amended Complaint. Plaintiff was instructed to name proper defendants and to assert personal participation by each named defendant. Mr. Harris, in keeping with *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007), also was instructed to submit an Amended Complaint that explains what each defendant did

to harm him, when the defendant did the harmful act, how he was injured, and what specific legal right the defendant violated. Plaintiff was warned that if he failed to file an Amended Complaint within the time allowed the Complaint and the action would be dismissed without further notice.

Mr. Harris now has failed to communicate with the Court, and as a result he has failed to amend the Complaint within the time allowed. Upon review of the Complaint, the Court finds that Magistrate Judge Boland correctly instructed Plaintiff to amend the Complaint and name as defendants the individuals who participated in the alleged constitutional violations. Therefore, the Complaint and action will be dismissed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to file an Amended Complaint and for failure to prosecute.

DATED at Denver, Colorado, this 3 day of December, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01600-BNB

Dannye D. Harris
a/k/a Danny William
Prisoner No. 97932
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062

 I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/4/08

GREGORY C. LANGHAM, CLERK

By: _____
   Deputy Clerk